Submitted on record and petitioners' brief October 30, reversed and remanded for reconsideration November 27, 1991

In the Matter of the Compensation of
Burton A. Rochefort, Claimant.

## SAIF CORPORATION
and Linn County School District #55,
*Petitioners,*

*v.*

Burton A. ROCHEFORT,
*Respondent.*

(88-14395; CA A66323)

820 P2d 465

---

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and David L. Runner, Assistant Attorney General, Salem, filed the brief for petitioners.

No appearance for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

## PER CURIAM

By letter, respondent concedes petitioners' claim of error on the basis of *Aetna Casualty Co. v. Aschbacher*, 107 Or App 494, 812 P2d 844, *rev den* 312 Or 150 (1991).

Reversed and remanded for reconsideration.